IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>**RICHARD L. HARRINGTON,**<br><br>Supervised Releasee | NO. 5: 06-MJ-03-08 (CWH)<br><br>VIOLATION OF SUPERVISED RELEASE<br>CASE NO. 2:92-CR-17-001 — M.D.NC.<br><br>BEFORE THE U. S. MAGISTRATE JUDGE |

**TO: UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF GEORGIA**

## ORDER OF REMOVAL

A warrant having been issued in the **MIDDLE DISTRICT OF NORTH CAROLINA** for the arrest of Supervised Releasee **RICHARD L. HARRINGTON** in connection with the sentence of SUPERVISED RELEASE imposed upon him in that district on August 19, 1992, by the Honorable Frank W. Bullock, Jr., UNITED STATES DISTRICT JUDGE, and said supervised releasee having been arrested in the MIDDLE DISTRICT OF GEORGIA on allegations that he has violated his sentence of SUPERVISED RELEASE; at an appearance this day before Claude W. Hicks, Jr., UNITED STATES MAGISTRATE JUDGE for the Middle District of Georgia, pursuant to provisions of Rule 5(a)(2)(B) and Rule 32.1(a)(1)(B) and (a)(5)(B) of the *Federal Rules of Criminal Procedure*, Mr. Harrington waived legal representation and admitted his identity; he was provided pertinent documentation. Accordingly, the said **RICHARD L. HARRINGTON** is ordered **REMOVED** forthwith to the **MIDDLE DISTRICT OF NORTH CAROLINA** to answer said charges.

Under Rule 32.1(a)(6) and 18 U.S.C. §3143(a), the court finds that release of Mr. Harrington from the custody of the United States Marshal is <u>not</u> appropriate under the circumstances of this case due to his status as a supervised releasee and behavior leading up to the allegations now pending against him; conditions of release, if appropriate, may be considered by the judicial officer presiding in the **MIDDLE DISTRICT OF NORTH CAROLINA** upon the appearance of Mr. Harrington in that district, the supervised releasee specifically reserving his right to a Detention Hearing. Accordingly, YOU ARE HEREBY COMMANDED TO REMOVE THE SAID **RICHARD L. HARRINGTON** TO THE **MIDDLE DISTRICT OF NORTH CAROLINA,** and there deliver him to the United States Marshal for that District or to such other officer authorized to receive him.

SO ORDERED, this 8th day of MARCH, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE

| RETURN |
|---|

_____District of_____

  Received the within warrant of removal on the_____day of_____, 2006,

and executed same.

               _____
               DEPUTY U. S. MARSHAL